**46**

James McCONNELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40369.

Missouri Court of Appeals,
Western District.

Jan. 31, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 28, 1989.

Claude Hanks, Creve Coeur, for appellant.

William L. Webster, Atty. Gen., Daryl R.
Hylton, Asst. Atty. Gen., Jefferson City, for
respondent.

Before SHANGLER, P.J., and
CLARK and NUGENT, JJ.

PER CURIAM.

### ORDER

Movant appeals from denial, after evidentiary hearing, of Rule 27.26 (now repealed) motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).

Gene David COONS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40725.

Missouri Court of Appeals,
Western District.

Jan. 31, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 28, 1989.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson
City, for respondent.

Before MANFORD, P.J., and
TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion
for post-conviction relief.

AFFIRMED. Rule 84.16(b).